

RECEIVED
USDC, WESTERN DISTRICT OF L
TONY R. MOORE, CLERK
8/27/15 cf

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

a

| | |
|---|---|
| ALTON J. SMITH | DOCKET NO. 1:15-CV-2003; SEC. P |
| VERSUS | JUDGE DRELL |
| JOHN LAIRD, ET AL. | MAGISTRATE JUDGE KIRK |

**REPORT AND RECOMMENDATION**

Pro se Plaintiff Alton J. Smith filed the instant civil rights complaint pursuant to 42 U.S.C. §1983 on July 6, 2015. [Doc. #1] Plaintiff was incarcerated at the Concordia Parish Correctional Facility in Ferriday, Louisiana.

This matter has been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. §636 and the standing orders of the Court.

*Law and Application*

An order granting Plaintiff's Motion for Leave to Proceed in forma pauperis was mailed to Plaintiff on July 13, 2015. [Doc. #4] On July 23, 2015, the order was returned to the clerk of court as undeliverable because the inmate was no longer incarcerated at CPCF. [Doc. #5]

Local Rule 41.3 for the Western District of Louisiana provides that "[t]he failure of an attorney **or pro se litigant** to keep the court apprised of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the court for the reason of an incorrect address and no correction is made to the address for a period of 30 days." (Emphasis added.)

A notice was returned to the court on July 23, 2015. [Doc. #5] No correction to Petitioner's address has been made, and over thirty days have passed since the document was returned.

**THEREFORE, IT IS RECOMMENDED** that Petitioner's complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41.3 of the Local Rules for the Western District of Louisiana for failing to keep the court apprised of his mailing address.

*Objections*

**Under the provisions of 28 U.S.C. §636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the clerk of court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. No other briefs or responses (such as supplemental objections, reply briefs etc.) may be filed. Providing a courtesy copy of the objection to the magistrate judge is neither required nor encouraged. Timely objections will be considered by the district judge before he makes his final ruling.**

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE FACTUAL FINDINGS AND LEGAL CONCLUSIONS**

**ACCEPTED BY THE DISTRICT JUDGE TO WHICH THE PARTY DID NOT OBJECT.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 27th day of August, 2015.

_____
JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE