U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT - 7 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALTON J. SMITH | DOCKET NO. 1:15-CV-2003; SEC. P |
| VERSUS | JUDGE DRELL |
| JOHN LAIRD, ET AL. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Rule 41.3 of the Local Rules of the Western District of Louisiana.

Additionally, the Court notes the copy of the report and recommendation mailed August 27, 2015 to Mr. Smith's last known address was returned to the Clerk of Court on September 9, 2015, marked "return to sender." Thirty days have passed since September 9, 2015, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 7th day of October, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT